IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | |
| 2012 AUDI A4 WITH TWO HIDDEN | ) | |
| TRAP (DRUG) COMPARTMENTS, | ) | |
| VIN: WAUBFAFL1CN019210, ILLINOIS | ) | |
| PLATE: AK55031, | ) | |
| | ) | |
| Defendant. | ) | **COMPLAINT IN FORFEITURE** |

NOW COMES plaintiff, the United States of America, by Justin E. Herdman, United

States Attorney for the Northern District of Ohio, and James L. Morford, Assistant U.S.

Attorney, and files this Complaint in Forfeiture, respectfully alleging as follows in accordance

with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## JURISDICTION AND INTRODUCTION

1.     This Court has subject matter jurisdiction over an action commenced by the

United States under 28 U.S.C. Section 1345, and over an action for forfeiture under 28 U.S.C.

Section 1355(a).  This Court also has jurisdiction over this particular action under 21 U.S.C.

Section 881(a)(4).

2.     This Court has *in rem* jurisdiction over the defendant vehicle under: (i) 28 U.S.C.

§ 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) 28

U.S.C. § 1355(b)(1)(B), incorporating 28 U.S.C. § 1395, because the action accrued in this district and the defendant vehicle is found in this district.

3.      Venue is proper in this district under: (i) 28 U.S.C. § 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) 28 U.S.C. § 1395 because the action accrued in this district and the defendant vehicle is found in this district.

4.      This Court will have control over the defendant vehicle through service of an arrest warrant *in rem*, which the United States Marshals Service will execute upon the defendant vehicle. *See*, Supplemental Rule G(3)(b) and G(3)(c).

5.      The defendant vehicle is a 2012 Audi A4, with two hidden trap (drug) compartments. The Vehicle Identification Number (VIN) is: WAUBFAFL1CN019210, and the license plate number is: AK55031 (Illinois). The defendant vehicle is valued at $9,750.00 - with no current liens – and is presently titled to TERESA ENRIQUEZ.

6.      On January 7, 2018, at Cleveland, Ohio, the defendant vehicle was seized pursuant to the arrests of ERIC SALAS, JESUS GASTELUM VASQUEZ, and JESUS BOJORQUEZ RAMIREZ. SALAS, VASQUEZ, and RAMIREZ were arrested as they were unloading approximately 18 kilograms of cocaine (valued at approximately $630,000.00) from the defendant vehicle. The cocaine was hidden within two "trap compartments" in the floorboards behind the driver and front passenger seats.

7.      The defendant vehicle is now in the custody of the federal government.

8.      The Federal Bureau of Investigation (FBI) commenced an administrative forfeiture proceeding against the defendant vehicle. A claim was submitted by TERESA ENRIQUEZ in the administrative forfeiture proceeding, thereby requiring the filing of this judicial forfeiture action.

9.     The defendant vehicle is subject to forfeiture to the United States under 21 U.S.C. § 881(a)(4) in that: (i) it was used to transport a controlled substance (cocaine); and/or, (ii) it was used, in any manner, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance (cocaine).

## FORFEITURE

10.     In approximately November, 2017, investigators with the Northern Ohio Law Enforcement Task Force (NOLETF) began coordinating a multi-kilogram cocaine shipment to Cleveland, Ohio, from the California/Arizona area.  At approximately 10:53 a.m. on Saturday, January 6, 2018, a confidential source (CS) received a telephone call indicating the cocaine had arrived in the Cleveland area.

11.     At approximately 3:17 p.m., the CS received a telephone call from ERIC SALAS, who indicated he was in Warrensville Heights, Ohio, and was ready to meet with the CS.  The CS provided SALAS the address of a house located on Yorkshire Lane in Parma, Ohio.  SALAS and JESUS BOJORQUEZ RAMIREZ were to meet the CS at this address.

12.     The Yorkshire Lane house was secured by NOLETF and was intended to be the location where SALAS and RAMIREZ stayed while in the Cleveland area as well as the location where the cocaine would be delivered.

13.     At approximately 4:14 p.m., SALAS and RAMIREZ arrived at the Yorkshire Lane house.  The CS explained they could stay at the house and that the trap vehicle could be delivered there; they could unload the trap vehicle and conduct their business from the house.

14.     SALAS explained he would contact his boss and they would check on the viability of the house for what they needed.  SALAS explained that their boss was in town and

3

would be a part of the transaction the following day as the boss was the only one who knew how to extract the cocaine from the trap vehicle.

15.     During the afternoon/evening hours of Saturday, January 6, 2018, the CS had a series of telephone calls with SALAS, who stated his boss was not happy with the Yorkshire Lane house and wanted a house with an attached garage so that they could store the cocaine there while conducting business until the cocaine was gone.

16.     The CS stated he/she would attempt to find a better location to unload the trap vehicle and store the cocaine.

17.     On Sunday, January 7, 2018, members of NOLETF secured a garage/warehouse on East 171st Street in Cleveland, Ohio, as the location where the cocaine could be delivered. NOLETF outfitted the garage/warehouse with covert video recording device(s).

18.     The CS placed a telephone call to SALAS and advised him that the CS had located a good facility to unload the trap vehicle and store the cocaine.  SALAS stated he wanted to take a look at the facility to be able to describe it to his boss.

19.     At approximately 10:50 a.m., the CS traveled to the Yorkshire Lane house where he/she met with SALAS and RAMIREZ.  The CS subsequently drove SALAS and RAMIREZ to the warehouse on East 171st Street, where SALAS and RAMIREZ were able to look around and determine whether they liked the location.  At approximately 12:00 p.m., the CS transported SALAS and RAMIREZ back to the Yorkshire Lane house where they were dropped off at approximately 12:26 p.m.

20.     At approximately 2:05 p.m., the CS received a telephone call from SALAS, who stated that the CS should come back to the Yorkshire Lane house to pick them up so they could

4

go to the hotel where their boss was staying to pick up the trap vehicle and take it to the warehouse.

21.     At approximately 2:17 p.m., the CS traveled to the Yorkshire Lane house.  Upon arrival, SALAS stated they needed to pick up their boss at the University Hotel on Euclid Avenue, Cleveland.

22.     The CS, SALAS, and RAMIREZ departed the Yorkshire Lane house.  Upon arrival at the University Hotel, the CS was directed to stop in front of the main entrance and wait. A short time later, JESUS GASTELUM VASQUEZ came out of the hotel and got into the back seat of the CS's vehicle.  VASQUEZ directed the CS to the rear lot of the hotel where the defendant vehicle was parked.

23.     At approximately 3:12 p.m., SALAS got out of the CS's vehicle and got into the defendant vehicle.  At that time, SALAS drove the defendant vehicle following the CS as they traveled to the warehouse location, arriving at approximately 3:28 p.m.

24.     SALAS pulled the defendant vehicle into the warehouse garage bay.  VASQUEZ and RAMIREZ – and the CS – also entered the warehouse, where they were observed via electronic surveillance.

25.     The CS was directed to go to a local hardware store and buy specific tools needed to extract the cocaine from the defendant vehicle; i.e., latex gloves, socket set, and a long item to reach into the trap.  The CS left the warehouse and traveled to a Home Depot in Euclid, Ohio.

26.     While the CS went to get the tools, SALAS, VASQUEZ, and RAMIREZ found a set of tools inside the warehouse and began taking the back seat out of the defendant vehicle. Once that was accomplished, they waited inside the warehouse for the CS's return.

27.     The CS returned to the warehouse at approximately 4:20 p.m., and gave SALAS, VASQUEZ, and RAMIREZ the tools.  They put on latex gloves and began removing additional parts of the rear seat area of the defendant vehicle.  Subsequently, they removed (17) kilogram bundles of cocaine from the two traps inside the defendant vehicle.

28.     At approximately 5:04 p.m., NOLETF investigators learned that there was only one kilogram of cocaine still inside the defendant vehicle and that SALAS, VASQUEZ, and RAMIREZ were working on getting it out.

29.     At approximately 5:06 p.m., members of FBI SWAT moved in to make the arrests of SALAS, VASQUEZ, and RAMIREZ.  Entry was made, and VASQUEZ and RAMIREZ were observed running to the rear of the warehouse and throwing off their latex gloves.

30.     SALAS, VASQUEZ, and RAMIREZ were eventually secured and taken into custody. A total of 18 kilograms of cocaine were recovered, with one kilogram found "sticking out" of a trap in the defendant vehicle.

31.     Throughout this time, surveillance had been maintained at the University Hotel, and HIDTA HIT[1] detectives determined that TERESA ENRIQUEZ had rented room #600.  As alleged in paragraph 5, above, the defendant vehicle is presently titled to ENRIQUEZ.

32.     Contact was made with ENRIQUEZ at the hotel room.  ENRIQUEZ gave detectives consent to come in and speak with her.  ENRIQUEZ admitted to being in Los Angeles on January 2nd, but stated she had never been to Arizona.  ENRIQUEZ also gave detectives consent to search the room.  Detectives recovered an airline receipt for ENRIQUEZ for a flight

---

[1]     HIDTA is an acronym for High Intensity Drug Trafficking Area.  HIT is an acronym for Hotel Interdiction Team.

to Los Angeles, California, on Tuesday, January 2, 2018, and a receipt from a store in Arizona

on Thursday, January 4, 2018.

      33.     The next day, January 8, 2018, NOLETF task force officers conducted an

interview of ENRIQUEZ at the Cuyahoga County Sheriff's Office interview room.  ENRIQUEZ

was advised of her *Miranda* rights, which she indicated she understood and waived.  Among

other things, ENRIQUEZ stated the following:

a.)    ENRIQUEZ was asked about the luggage that was found in the trunk of the defendant vehicle during the seizure of the cocaine on Sunday, January 7th. ENRIQUEZ stated the luggage was from an "old" trip she took and it had been in the trunk for a while.

b.)    The NOLETF task force officer explained there was a luggage claim ticket on the suitcase with a date of January 2, 2018, for arrival at LAX.  ENRIQUEZ then changed her story and stated that her grandfather, who resides in Los Angeles, purchased a one-way ticket for her.  ENRIQUEZ said she flew into LAX around 4:00 p.m. on Tuesday, January 2, 2018.

c.)    ENRIQUEZ said the following day (Wednesday, January 3rd) her husband and two children left Indianapolis, Indiana, and drove to Los Angeles.

d.)    ENRIQUEZ said they all met at her grandparents' house on Friday (January 5th), and that they stayed in Los Angeles for a few hours and visited with her grandparents.

e.)    ENRIQUEZ said that after their brief visit, they all left Los Angeles on Friday and drove back to Indiana non-stop.  She indicated they took Route 66 and were traveling in a Volkswagen Passat; however, "she doesn't know who the owner of the Volkswagen is."

f.)    ENRIQUEZ stated it took them only 20 hours to make it from Los Angeles, California, to Indiana.

g.)    The NOLETF task force officer asked ENRIQUEZ about what brought her to Cleveland, Ohio.  ENRIQUEZ stated her family friend, known to her only as Jesus, asked her for a ride to Cleveland so he could meet up with a friend.  On Sunday morning (January 7, 2018), an unknown person dropped off Jesus at her residence in Indianapolis, Indiana.  She said they drove straight to Cleveland in the defendant vehicle.

34.     On January 31, 2018, a two-count Indictment was returned in N.D. Ohio Case No.

1:18-CR-051 (Judge Benita Y. Pearson).  Therein, defendants ERIC SALAS, JESUS

GASTELUM VASQUEZ, and JESUS BOJORQUEZ RAMIREZ were charged as follows:

Count 1:  Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in
violation of 21 U.S.C. Section 846.

Count 2:  Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. Section
841(a)(1).

## CONCLUSION

35.     By reason of the foregoing, the defendant vehicle is subject to forfeiture to the

United States under 21 U.S.C. § 881(a)(4) in that: (i) it was used to transport a controlled

substance (cocaine); and/or, (ii) it was used, in any manner, to facilitate the transportation, sale,

receipt, possession, or concealment of a controlled substance (cocaine).

WHEREFORE, plaintiff, the United States of America, respectfully requests that this

Court enter judgment condemning the defendant vehicle and forfeiting it to the United States,

and providing that the defendant vehicle be delivered into the custody of the United States for

disposition according to law, and for such other relief as this Court may deem proper.

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By:

James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

8

**VERIFICATION**

STATE OF OHIO        )
                               ) SS.
COUNTY OF CUYAHOGA  )

      I, James L. Morford, under penalty of perjury, depose and say that I am an Assistant

United States Attorney for the Northern District of Ohio, and the attorney for the plaintiff in the

within entitled action.  The foregoing Complaint in Forfeiture is based upon information

officially provided to me and, to my knowledge and belief, is true and correct.

                                        James L. Morford (Ohio: 0005657)
                                        Assistant United States Attorney, N.D. Ohio

      Sworn to and subscribed in my presence this 17th day of April, 2018.

                                      Notary Public

                                    DANIEL R. RANKE, Attorney At Law
                                      Notary Public - State of Ohio
                                      My commission has no expiration date.
                                        Section 147.03 O. R. C.

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

James L. Morford, Assistant U.S. Attorney - 400 U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113 - 216.622.3743

## DEFENDANTS

2012 Audi A4 with two hidden trap (drug) compartments, Illinois plate: AK55031, VIN: WAUBFAFL1CN019210, seized on January 7, 2018.

County of Residence of First Listed Defendant   Cuyahoga County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Joseph N. Phillips, Esq. - Amato Law Office, L.P.A., 420 Broadway Avenue, Wellsville, Ohio 43968 - office: 330.532.9500

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
civil forfeiture action under 21 U.S.C. Section 881(a)(4).

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE   Judge Benita Y. Pearson

DOCKET NUMBER  N.D. Ohio 1:18-CR-051

DATE
04/24/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.**    Civil Categories: (Please check <u>one category only</u>).

    1.  [✓]   General Civil
    2.  [ ]   Administrative Review/Social Security
    3.  [ ]   Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.**    **RELATED OR REFILED CASES**. See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled.  Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action is  [✓] **RELATED** to another **PENDING** ~~civil~~ case.  This action is  [ ] **REFILED** pursuant to **LR 3.1**.

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.**    In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein.  Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER.  UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1)    **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:**  Cuyahoga County

Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2)    **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3)    **Other Cases.** If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**

**IV.**    The Counties in the Northern District of Ohio are divided into divisions as shown below.  After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION**

[ ]  **AKRON**            (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[✓]  **CLEVELAND**        (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake,
                                           Lorain, Medina and Richland)
[ ]  **YOUNGSTOWN**       (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ]  **TOLEDO**           (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry,
                                        Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca
                                        VanWert, Williams, Wood and Wyandot)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | |
| 2012 AUDI A4 WITH TWO HIDDEN | ) | |
| TRAP (DRUG) COMPARTMENTS, | ) | |
| VIN: WAUBFAFL1CN019210, ILLINOIS | ) | |
| PLATE: AK55031, | ) | |
| | ) | |
| Defendant. | ) | **PRAECIPE** |

The United States of America respectfully requests that the Clerk of this Court issue the

attached Warrant of Arrest *in Rem* to the United States Marshals Service (USMS) pursuant to

Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions.

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By:

James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

# United States District Court

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO:     THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED LAW
ENFORCEMENT OFFICER:

WHEREAS, on ___April 24, 2018_____ a _____Complaint in Forfeiture_____
was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United
States, against:

> 2012 Audi A4 with two hidden trap (drug) compartments (CATS Asset ID No.: 18-FBI-001883); Illinois
> plate: AK55031, VIN: WAUBFAFL1CN019210, seized on January 7, 2018, at Cleveland, Ohio.

and WHEREAS, the defendant vehicle is currently in the possession, custody, or control of the United
States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant
vehicle; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization
authorized to execute it;

YOU ARE COMMANDED to arrest the defendant vehicle by serving a copy of this warrant on the
custodian in whose possession, custody, or control the vehicle is presently found, and to use whatever means may
be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE<br>April 24, 2018 | CLERK<br><br>(BY) DEPUTY CLERK |

Returnable ___-60-___ days after issue.

## UNITED STATES MARSHALS SERVICE

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| U.S. MARSHAL | | |

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 2012 Audi A4 with two hidden trap (drug) compartments, VIN: WAUBFAFL1CN019210 | Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

2012 Audi A4 with two hidden trap (drug) compartments (CATS Asset ID No.: 18-FBI-001883).

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| James L. Morford, Assistant U.S. Attorney<br>Office of the United States Attorney, Northern District of Ohio<br>400 United States Court House, 801 West Superior Avenue<br>Cleveland, Ohio 44113 - office: 216.622.3743 | Number of process to be served with this Form 285 — 1<br><br>Number of parties to be served in this case — 1<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

2012 Audi A4 with two hidden trap (drug) compartments (CATS Asset ID No.: 18-FBI-001883); Illinois plate: AK55031, Vehicle Identification Number (VIN): WAUBFAFL1CN019210, seized on January 7, 2018 at Cleveland, Ohio.

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>216.622.3743 | DATE<br>4/24/18 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | |
| 2012 AUDI A4 WITH TWO HIDDEN | ) | |
| TRAP (DRUG) COMPARTMENTS, | ) | |
| VIN: WAUBFAFL1CN019210, ILLINOIS | ) | |
| PLATE: AK55031, | ) | |
| | ) | |
| Defendant. | ) | **NOTICE OF FORFEITURE** |

To:  Teresa Lara Enriquez
c/o Joseph N. Phillips, Esq. - Attorney for Teresa Lara Enriquez
Amato Law Office, L.P.A.
420 Broadway Avenue
Wellsville, Ohio  43968

The above-captioned forfeiture action was filed in U.S. District Court on April 24, 2018. A copy of the Complaint in Forfeiture is attached.  If you (Teresa Lara Enriquez) claim an interest in the defendant vehicle, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon James L. Morford, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a verified claim to the defendant vehicle within 35 days after your receipt of the complaint.  The claim shall contain the

information required by Rule G(5) of the said Supplemental Rules.  Additionally, you must file

and serve an answer to the complaint, or a motion under Rule 12 of the Federal Rules of Civil

Procedure, within 20 days after the filing of the claim, exclusive of the date of filing.  If you fail

to do so, judgment will be taken for the relief demanded in the complaint.

Respectfully,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By:

James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

Date: April 24, 2018

2